JENNIFER HENDRICKSON (SBN 262959)
JOHN HENDRICKSON (257298)
Hendrickson Law Group, PC
admin@santarosabk.com
829 Sonoma Ave, Ste 8
Santa Rosa, CA  95404
Telephone: (707)540-6199
Facsimile: (707)540-6434

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Dawn Quinlivan | Case No.: 16-30018 |
| Debtors. | Chapter 13 |
| | MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM |

MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM

Dawn Quinlivan,(the "Debtor") hereby submits this Motion for Referral to Mortgage Modification Medication Program (the "Motion") and requests that the Court enter an order referring the debtor and PHH Mortgage (the "Lender") to the Mortgage Modification Mediation Program ("MMM Program") based upon the following:

_____ 1. The Lender has voluntarily consented to participate in the MM M Program in the above-captioned case, and herewith this Motion, the debtor has filed a Notice of Lender Consent

1

Case: 16-30018    Doc# 21    Filed: 03/25/16    Entered: 03/25/16 11:59:59    Page 1 of 4

to Attend And Participate In The Mortgage Modification Medication program (Form ND-MMM-101).

__X____ 2. The Debtor is an individual who has filed for relief under, or converted to, Chapter 13 of the United States Bankruptcy Code on January 7, 2016.

3. The Debtor requests entry into the MMM Program with respect to real property located at 51 Laconheath, Novato CA 94949 (the "Property"). The last four digits of the account number for the Lender's loan secured by the property is 3303.

    a. The Property is:

        _X___ The Debtor's primary residence.

        ____ Not the Debtor's primary residence.

    b. The borrowers obligated on the Loan are:

        _X___ Only the Debtor(s)

        ____ The Debtor and a non-filing co-borrower, co-obligor, or third party, and their names are as follows:

    c. If applicable, the Debtor has filed with this Motion the Notice of Third Party Consent to Attend and Participate in the Mortgage Modification Mediation Program (Form ND-MMM-102), which is signed by each co-obligor, co-borrower, or third party listed above.

4. The Debtor intends to:

    _X___ modify the loan or mortgage on the Property

    ____ surrender the Property to the lender

5. Prior to filing this motion. The Debtor's information was submitted to and processed through the court-approved online program that facilitates the preparation of the Debtor's loan modification package (the "Document Preparation Software"). The Debtor's initial loan modification forms have been generated and are ready for signature and submission. The Debtor has also collected all the of the required supporting documentation as required by the

2

Motion for Referral to MMM Program                                                                                  in re Quinlivan

Case: 16-30018    Doc# 21    Filed: 03/25/16    Entered: 03/25/16 11:59:59    Page 2 of 4

Document Preparation Software (such documentation and forms shall be collectively referred to herein as "Debtor's Prepared Package") and the Debtor is prepare to submit the supporting documentation and the modification forms. Further, the Debtor has paid the applicable Document Preparation Software fee to the approved vendor.

6. Prior to filing this Motion, the Debtor has determined that:

_X___ the Lender is registered with the approved Mortgage Modification Mediation Portal (the "MMM Portal").

____ The Lender is not registered with the MMM Portal. The Debtor requests that the Court require the Lender (and the Lender's California counsel, if applicable), within 14 days after the entry of order approving this Motion, to register with the MMM Portal and provide the vendor operating the MMM Portal all forms or documents which the Lender may require to initiate a review under the MMM Program. The MMM Portal vendor shall post any such forms or documents to the Lender's profile on the MMM Portal.

7. The Debtor requests that the Lender consider:

_X__ a HAMP or other government sponsored loan modification.

_X__ a conventional loan modification.

____ a deed in lieu of foreclosure.

____ surrender options.

____ other: _____.

8. If the Debtor is requesting non-retention (surrender) options for the Property, then the debtor will submit all additional documents required for surrender of the Property as provided for on the MMM Portal. Further, Debtor represents that the Property:

_X__ has not been previously listed for sale.

____ has previously been listed for sale.

3

9. If the Debtor is represented by an attorney, the debtor has remitted the applicable mediator's fee pursuant to the MMM Procedures to the Debtor's attorney. The Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. If the debtor is not represented by an attorney, the Debtor obtained a money order or cashier's check to pay the required mediator's fee pursuant to the MMM Procedures, a true and correct copy of which is attached here as **Exhibit A**. The Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

11. The Debtor has selected Elizabeth McClausand, Esq.(the "Mediator") to act as the mediator in this case.

Wherefore, the Debtor requests that this Motion be granted and for such other relief as this Court deems proper.

Dated: March 25, 2016 */s/Jennifer Hendrickson*
Jennifer Hendrickson

4

Motion for Referral to MMM Program  *in re Quinlivan*
Case: 16-30018    Doc# 21    Filed: 03/25/16    Entered: 03/25/16 11:59:59    Page 4 of 4