

JENNIFER HENDRICKSON (SBN 262959)
JOHN HENDRICKSON (257298)
Hendrickson Law Group, PC
admin@santarosabk.com
829 Sonoma Ave, Ste 8
Santa Rosa, CA  95404
Telephone: (707)540-6199
Facsimile: (707)540-6434

Attorney for Debtor

Signed and Filed: March 27, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Dawn Quinlivan<br><br>Debtors. | Case No.: 16-30018<br><br>Chapter 13<br><br>ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM |

ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM

On March 25, 2016, Michael Morris and Flavia Morris filed a Motion for Referral To Mortgage Modification Mediation Program (Docket No. 21), and for cause shown, the Court does hereby order as follows:

1. The Motion is granted.
2. Dawn Quinlivan (the "Debtors"), and PNC Mortgage (the "Lender") are required to participate in the Mortgage Modification Mediation Program (the "MMM Program") in good faith.

1

3. Elizabeth McClausand (the "Mediator") is designated to serve as the MMM Program mediator in this case.
4. The current procedures and deadlines set forth in the Mortgage Modification Medication Program Procedures (the "MMM Procedures") attached hereto as Exhibit A are incorporated into this Order.
5. The automatic stay provided for under 11 U.S.C. §362(a) shall be modified to the extent necessary to facilitate the MMM Program pursuant to this Order.

*** END OF ORDER***

2