DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| DAWN V. QUINLIVAN<br>51 LACONHEATH AVE.<br>NOVATO, CA 94949 | Case No:  16-3-0018 HLB<br>Date:    July 20, 2016<br>Time:    10:10 AM<br>Ctrm:    450 GOLDEN GATE AVENUE<br>         16th FLOOR - COURTROOM #19<br>         SAN FRANCISCO, CA 94102 |
| Debtor(s) | |

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1.  This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.  This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 01/07/2016.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.   You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   June 21, 2016                                         DAVID BURCHARD_____
                                                               DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAWN V. QUINLIVAN
51 LACONHEATH AVE.
NOVATO, CA 94949

Debtor(s)

Chapter 13
Case No:  16-3-0018 HLB
Date:     July 20, 2016
Time:     10:10 AM
Ctrm:     450 GOLDEN GATE AVENUE
          16th FLOOR - COURTROOM #19
          SAN FRANCISCO, CA 94102

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION AND CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could, and would, competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 01/07/2016.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| _____ | Failure to make required payments to the Trustee. $ _____ is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 21, 2016 in Foster City, California.

Dated:  June 21, 2016                    DAVID BURCHARD
                                         _____
                                         DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion** of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the **Declaration** in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DAWN V. QUINLIVAN
51 LACONHEATH AVE.
NOVATO, CA 94949

JENNIFER HENDRICKSON
HENDRICKSON LAW GROUP, PC
829 SONOMA AVENUE STE 8
SANTA ROSA, CA 95404

Dated:   June 21, 2016

BRISA RAMIREZ
BRISA RAMIREZ

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:
    DAWN V. QUINLIVAN
    51 LACONHEATH AVE.
    NOVATO, CA 94949

Case No.: 16-3-0018 HLB
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. Trustee requested a signed copy of Debtor's 2015 Federal Income Tax Return. Debtor has failed to provide the requested document.

2. At the Section 341 Meeting of Creditors, Debtor indicated that he/she has 2 dependents, however that information differs from the Debtor's Schedule I. Trustee requested an amended Schedule I. Debtor has failed to file the amended documents.

3. At the Section 341 Meeting of Creditors, Debtor advised the Trustee of a change of income. Trustee requested an amended Schedule I reflecting Debtor's current income information. Debtor has failed to file an amended Schedule I with this information.

4. Trustee is in receipt of Debtor's declaration that details Debtor's business income for the six months prior to the bankruptcy, which reflects average income of $7,761.67 and expenses of $1,926.50 while Debtor's Form B22C indicates average income over the last six months of $12,088.00 and expenses of $3,019.00. Trustee requested amended documents which accurately reflect Debtor's monthly income. Debtor has failed to amend the appropriate documents for accuracy and consistency.

5. Debtor has listed an expense in the amount of $426.00 for life insurance in question 18 of Form B 22C2. Trustee requested verification of this expense. Debtor has failed to provide the requested verification.

6. Schedule I indicates that the Debtor is self-employed, however, the Debtor has not provided an attachment to Schedule I that itemized business income and expenses. Trustee requested an amended Schedule I with an attachment which itemizes business income and expenses. Debtor has failed to file an amended Schedule I with the requested attachment.

7. Trustee requested documentation verifying debtor's 5% ownership interest in the real property real property located at 11561 Anderson Springs Road, Middletown, CA and listed on Schedule A. Debtor has failed to provide the requested documentation.

8. Schedule A reflects the value of Debtor's real property located at 11561 Anderson Springs Road, Middletown, CA as $40,000. Trustee requested an explanation of how this value was arrived. Debtor has failed to provide the requested documentation.

9. Debtor lists a pending lawsuit in the Statement of Financial Affairs (Quinlivan v. Aztec et. al). Trustee requested additional information concerning the lawsuit. Debtor has failed to provide the additional information requested.

10. Debtor has listed an interest in a Prudential Live universal life insurance policy in Schedule B and has listed the value as $00.00. Trustee requested a copy of the most recent statement for this policy. Debtor has failed to provide the requested information.

11. Debtor lists a claim against Shoreview Financial in Schedule B with a value of $2,000.00. Trustee requested additional information concerning the claim. Debtor has failed to provide the additional information requested.