JENNIFER HENDRICKSON (SBN 262959)
Hendrickson Law Group, PC
admin@santarosabk.com
829 Sonoma Ave Ste 8
Santa Rosa, CA  95404
Telephone: (707)540-6199
Facsimile: (707)540-6434

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Dawn Quinlivan<br><br>Debtor. | Case No.: 16-30018<br><br>Chapter 13<br><br>OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION |

OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

    Debtor, by and through their attorney of record, hereby offers their opposition to the trustee's motion to dismiss case prior to confirmation.

    The trustee's motion is based on the failure of Debtor to adequately respond to a list of deficiencies. As of today's date, Debtor has completed the following:

1. Debtor has provided a copy of the 2015 tax return to the trustee.
2. Schedule J has been amended to reflect two dependents.
3. Debtor is unsure what is meant by "change of income". The change to Debtor's income was a matter of being changed from a w-2 employee to an independent contractor/consultant. The amount of income did not change, merely the nature of

1

Opposition                                                                                                                     in re Quinlivan
Case: 16-30018    Doc# 32    Filed: 07/07/16    Entered: 07/07/16 08:12:12    Page 1 of 3

Debtor's employment. Debtor has filed an amended Schedule I that accurately lists her projected income.

4. Debtor has filed an amended Form B22C.

5. Debtor has provided copies of the Prudential life insurance statement and the AARP life insurance statement for verification of the monthly premium amount for each policy.

6. Debtor has filed an amended Schedule I that includes an itemized business expense attachment.

7. Debtor has provided to the trustee a copy of the deed of trust for the Middletown property, which reflects her 5% ownership share.

8. Debtor has provided to the trustee a broker's price opinion regarding the current market value of the Middletown property (after the structures on the property were destroyed by last year's wildfires).

9. Debtor is not currently involved in a lawsuit. The case was dismissed voluntarily by Debtor after the presiding judge advised the case would not survive a motion to dismiss by defendant. The case was dismissed in early January, 2016. Debtor will provide a copy of the dismissal to the trustee.

10. Debtor has provided to the trustee a copy of the Prudential life insurance statement.

11. Debtor paid a company who provides loan modification services $2,000. She never received a refund, even though they did not achieve a loan modification on her behalf. It is doubtful Debtor will ever receive a refund, and she has given up pursuing any refund. Debtor has no other information about this claim, except for some email communications with Shoreview about her loan modification during 2015, but they do not discuss payment or any promised refund.

For these reasons, Debtor respectfully requests the trustee's motion be denied and Debtor's chapter 13 plan confirmed.

Dated: July 5, 2016  /s/ Jennifer Hendrickson
Jennifer Hendrickson
Attorney for Debtor